Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>    Plaintiff,<br><br>vs.<br><br>Day & Sam, Inc.,<br><br>    Defendant. | No. 2:17-cv-04728-DJH<br><br>**NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT** |

Pursuant to Rule 68(a), Fed. R. Civ. P., Plaintiff Fernando Gastelum, via his counsel, has provided written notice to Defendant that Plaintiff has accepted Defendant's Offer of Judgment dated February 15, 2018 and which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED this 15th day of February, 2018.

**JENNINGS, STROUSS & SALMON, P.L.C.**


By: s/ Lindsay G. Leavitt
Lindsay G. Leavitt
One East Washington Street, Suite 1900
Phoenix, AZ  85004-2554
*Attorneys Defendant*

5951951v1(67341.1)

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on February 15, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik<br>
ADA@strojnik.com<br>
STROJNIK, P.C.<br>
2375 East Camelback Road, Ste. 600<br>
Phoenix, AZ 85016

☐   I hereby certify that on February 15, 2018, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

                                        s/ Tana Davis-Digeno

5951951v1(67341.1)